[No. 8797–5–I.   Division One.   November 30, 1981.]

MARIAN M. BROWN, ET AL, *Appellants,* v. FARMERS
INSURANCE COMPANY, ET AL, *Defendants,* THE
STATE OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 79–2–00351–4, Frank H. Roberts, Jr., J.,
entered April 14, 1980. *Affirmed in part* and *remanded* by
unpublished opinion per Durham, J., concurred in by

Swanson and Corbett, JJ.